IN THE MATTER OF L. GILBERT FARR, AN
ATTORNEY AT LAW.

February 6, 1990.

## ORDER

The Disciplinary Review Board having recommended to this Court that L. GILBERT FARR be reinstated to the practice of law, and good cause appearing;

It is ORDERED that L. GILBERT FARR is restored to the practice of law, effective immediately.